STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
SHANNON M. BRYANT
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
shannon.bryant@usdoj.gov

Representing the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIUS GARCIA-FLORO,<br><br>  Defendant. | Case No. 3:16-cr-00057-MMD-WGC<br>**ORDER GRANTING**<br><u>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by Government motion, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss the indictment filed on September 14, 2016, against JULIUS GARCIA-FLORO, Defendant herein. After having reviewed the Defendant's Motion to Suppress Evidence [Doc. No. 29] and conducting further investigation into that matter, the Government has determined insufficient admissible evidence exists to proceed to trial.

DATED this 22nd day of June, 2017.

STEVEN W. MYHRE
Acting United States Attorney


 */s/ Shannon M. Bryant*
SHANNON M. BRYANT
Assistant United States Attorney

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | |
| 4 | Plaintiff, | Case No. 3:16-cr-00057-MMD-WGC |
| 5 | v. | ORDER DISMISSING INDICTMENT |
| 6 | JULIUS GARCIA-FLORO, | |
| 7 | Defendant. | |

The Court, having received and reviewed the Government's Motion to Dismiss Indictment, and pursuant to Fed.R.Crim.P. 48(a), does hereby grant the Motion. The Indictment in the above-captioned matter previously filed on September 14, 2016, is hereby dismissed with prejudice.

Dated: June 23, 2017

_____
MIRANDA M. DU
DISTRICT JUDGE